Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA EVERS, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND MORTGAGE CO., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　　　Defendants. | Case No.: 2:16-cv-02991-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT MIDLAND MORTGAGE CO. WITH PREJUDICE**<br><br>ECF No. 18 |

　　　Plaintiff, Marcia Evers ("Plaintiff"), and Defendant, Midland Mortgage Co. and MidFirst Bank (the "Midland Defendants") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Midland Mortgage Co. and MidFirst Bank, with Plaintiff and Midland bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: February 27, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: February 27, 2017

**MAUPIN•NAYLOR•BRASTER**

/s/ Jennifer L. Braster
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: February 27, 2017

**BROOKS HUBLEY LLP**

/s/ Michael R. Brooks
Michael R. Brooks, Esq.
Nevada Bar No. 7287
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
mbrooks@brookshubley.com
*Attorneys for Defendant Midland Mortgage Co.*

Dated: February 27, 2017

**LEWIS BRISBOIS
BISGAARD & SMITH LLP**

/s/ Jason G. Revzin
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MIDLAND MORTGAGE CO. WITH PREJUDICE

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that all claims against Midland Mortgage Co. and MidFirst Bank are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
DATED: 2-27-17