Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA EVERS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND MORTGAGE CO., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-02991-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC WITH PREJUDICE**<br><br>ECF No. 19 |

Plaintiff, Marcia Evers ("Plaintiff"), and Defendants, Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Therefore, the Parties, by and through their respective attorneys of record, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiff and Defendants, Experian and Trans Union, with Plaintiff and Defendants bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 7, 2017                                    Dated: March 7, 2017

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**                    **MAUPIN•NAYLOR•BRASTER**

*/s/ Kevin L. Hernandez*                          */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                          Jennifer L. Braster, Esq.
Nevada Bar No. 12594                              Nevada Bar No. 9982
2510 Wigwam Parkway, Suite 206          1050 Indigo Drive, Suite 200
Henderson, Nevada 89074                        Las Vegas, Nevada 89145
kevin@kevinhernandezlaw.com             jbraster@naylorandbrasterlaw.com
*Attorney for Plaintiff*                                *Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: March 7, 2017

**LEWIS BRISBOIS**
**BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFF AND DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC WITH PREJUDICE

Based on the parties' stipulation [ECF No. 19] and good cause appearing, and because the stipulated dismissal of the claims against Trans Union and Experian terminates the only claims remaining in this action, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___3-7-17_____

*(vertical left margin)* Law Office of Kevin L. Hernandez   2510 Wigwam Parkway, Suite 206   Henderson, Nevada 89074   (702) 563-4450  FAX: (702) 552-0408